# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

|  |  |
|---|---|
| VICOR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., MPS INTERNATIONAL (SHANGHAI) LTD., WISTRON CORPORATION, WIWYNN CORPORATION, QUANTA COMPUTER INC., and QUANTA CLOUD TECHNOLOGY INC.<br><br>        Defendants. | Civil Action No. 7:26-cv-00005-DC-DTG<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' UNOPPOSED MOTION FOR MANDATORY STAY PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION

Defendants Monolithic Power Systems, Inc., Chengdu Monolithic Power Systems Co., Ltd. and MPS International (Shanghai) Ltd. (collectively, "MPS"), Defendant Wiwynn Corporation ("Wiwynn"), Defendant Wistron Corporation ("Wistron"), and Defendants Quanta Computer Inc. and Quanta Cloud Technology Inc. (collectively, "Quanta") (all together, "Defendants") file this unopposed motion to stay this action until the final determination of the U.S. International Trade Commission ("ITC") in the co-pending matter titled *Certain Power Converters, Circuit Board Assemblies, and Computing Systems Containing the Same*, Inv. No. 337-TA-1484 ("the ITC Matter").

On January 9, 2026, Plaintiff Vicor Corporation ("Vicor") filed a complaint against Defendants in this district alleging infringement of U.S. Patent No. 12,395,087 ("Asserted

4914-1041-3459

Patent"). Dkt. 1. Three days later, Vicor filed a complaint in the ITC asserting the same patent against Defendants and other respondents. The ITC Matter was instituted on February 12, 2026. Ex. A. The two proceedings involve substantially the same issues, namely the validity of the Asserted Patent and alleged infringement of the Asserted Patent by Defendants.

Pursuant to 28 U.S.C. § 1659, district court patent claims involving the same issues as a parallel ITC proceeding are subject to a mandatory stay. Specifically, 28 U.S.C. § 1659(a) provides:

> (a)　　Stay. In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, *the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission*, but only if such request is made within –
>
> > (1)　　30 days after the party is named as a respondent in the proceeding before the Commission, or
> >
> > (2)　　30 days after the district court action is filed, whichever is later.

28 U.S.C. § 1659(a) (emphasis added). A stay issued under this statute remains in effect during any appeals and "until the Commission proceedings are no longer subject to judicial review." *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007).

Here, because Vicor asserts the same patent in this action and in the ITC Matter, the asserted claims involve the same issues, and the same parties are involved, a stay of this case is mandatory upon timely request. As noted, the mandatory stay of Section 1659 applies where a request is made within: (1) 30 days after the party is named as a respondent in the proceeding before the Commission; or (2) 30 days after the district court action is filed, whichever is later.

2

Because Defendants are requesting a stay within 30 days of institution of the ITC Matter on February 12, 2026, this request is timely under § 1659(a). *See* Ex. A.

For the foregoing reasons, Defendants respectfully request that the Court suspend all deadlines and stay all proceedings in this action until the determination of the ITC Matter becomes final, including during any appeals thereof.

By making this motion, Defendants do not waive any procedural rights, or any defenses they may be permitted to raise under Rule 12 of the Federal Rules of Civil Procedure, or otherwise, including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.  Rather, Defendants expressly reserve the right to raise all defenses available including, but not limited to, any defenses under Rule 12.

Dated:  March 3, 2026

Respectfully submitted,

By: */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com

*Attorney for Defendants*
*Monolithic Power Systems, Inc.,*
*Chengdu Monolithic Power Systems Co.,*
*Ltd., and MPS International (Shanghai) Ltd.*

3

4914-1041-3459

/s/ Craig A. Duewall
Craig A. Duewall
GREENBERG TRAURIG, LLP
Texas Bar No. 24025334
300 West 6th Street, Suite 2050
Austin, TX  78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210
Email: duewallc@gtlaw.com

*Attorney for Defendant*
*Wiwynn Corporation*

/s/ Lionel M. Lavenue
Lionel M. Lavenue
Virginia Bar No. 49,005
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone:  (571) 203-2700
Fax:     (202) 408-4400
Email: lionel.lavenue@finnegan.com

*Attorney for Defendants*
*Quanta Computer Inc. and*
*Quanta Cloud Technology Inc.*

/s/ Jason Lo
Jason Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone:  (213) 229-7000
Fax:     (213) 229-7520
Email: jlo@gibsondunn.com

*Attorney for Defendant Wistron Corporation*

4

4914-1041-3459

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendants' counsel conferred with Plaintiff's counsel and the requested relief is unopposed.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on March 3, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

4914-1041-3459