**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

|  |  |
|---|---|
| VICOR CORPORATION,<br><br>              Plaintiff,<br><br>        v.<br><br>MONOLITHIC POWER SYSTEMS, INC., CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., MPS INTERNATIONAL (SHANGHAI) LTD., WISTRON CORPORATION, WIWYNN CORPORATION, QUANTA COMPUTER INC., QUANTA CLOUD TECHNOLOGY INC.<br><br>              Defendants. | Civil Action No. 7:26-cv-00005-DC-DTG<br><br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR MANDATORY STAY PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION**

This Court, having considered Defendants' Unopposed Motion for Mandatory Stay Pursuant to 28 U.S.C. § 1659 Pending Parallel ITC Action (the "Unopposed Motion") hereby GRANTS the Motion and orders the following:

IT IS ORDERED that the case is STAYED as to Defendants Monolithic Power Systems, Inc., Chengdu Monolithic Power Systems Co., Ltd., MPS International (Shanghai) Ltd., Wistron Corporation, Wiwynn Corporation, Quanta Computer Inc., and Quanta Cloud Technology Inc., until the final determination of *Certain Power Converters, Circuit Board Assemblies, and Computing Systems Containing the Same*, Inv. No. 337-TA-1484, by the U.S. International Trade Commission, pursuant to 28 U.S.C. § 1659(a), including during any appeals thereof. *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007).

4905-5654-4915

2

SIGNED this _____ day of _____, 2026

_____
THE HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2

4905-5654-4915