**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| VICOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., MPS INTERNATIONAL (SHANGHAI) LTD., WISTRON CORPORATION, WIWYNN CORPORATION, QUANTA COMPUTER INC., and QUANTA CLOUD TECHNOLOGY INC.,<br><br>Defendants. | Case No. 7:26-CV-00005-DC-DTG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF VICOR CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WISTRON CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vicor Corporation voluntarily dismisses without prejudice all claims against Defendant Wistron Corporation only, which has served neither an answer nor a motion for summary judgment; Vicor's claims against all other Defendants are unaffected. Each party shall bear its own costs and attorneys' fees as to this dismissal.

Dated: November 19, 2026

Respectfully submitted,

/s/ *Oleg Elkhunovich*
Oleg Elkhunovich (Pro Hac Vice)
California Bar No. 269238
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
VICORII-ITC@susmangodfrey.com

Steven Seigel
Washington Bar No. 53960
Jenna Farleigh
Washington Bar. No. 47392
Andres Healy
Washington Bar. No. 45578
Danielle Nicholson
Washington Bar No. 57873
Dinis Cheian (Pro Hac Vice)
New York Bar No. 5958152
Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
VICORII-ITC@susmangodfrey.com

Isabella Soparkar (Pro Hac Vice)
Texas Bar No. 24150831
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
VICORII-ITC@susmangodfrey.com

Mark D. Siegmund
Texas Bar No. 24117055
Cherry Johnson Siegmund James PC
7901 Fish Pond Rd, Suite 200
Waco, TX 76710-1013
Telephone: (254) 732-2242
msiegmund@cjsjlaw.com

Louis S. Mastriani (Pro Hac Vice)
DC Bar No. 386820
Lloyd Smith (Pro Hac Vice)
DC Bar No. 454606
Buchanan Ingersoll & Rooney PC
1700 K Street N.W., Suite 300
Washington, D.C. 20006-3807
Telephone: (202) 407-7900
Facsimile: (202) 452-7989
VICORII-ITC@bipc.com

*Attorneys for Plaintiff Vicor Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2026 the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

/s/ *Mark D. Siegmund*
Mark D. Siegmund