**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VICOR CORPORATION,**<br>*Plaintiff,*<br><br>**v.**<br><br>**MONOLITHIC POWER SYSTEMS, INC., CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., MPS INTERNATIONAL (SHANGHAI) LTD., WISTRON CORPORATION, WIWYNN CORPORATION, QUANTA COMPUTER INC., AND QUANTA CLOUD TECHNOLOGY INC.,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. MO:26-CV-00005** |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Defendant **WISTRON CORPORATION** (Doc. 54) filed November 19, 2026, without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). This dismissal is without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B) **This Dismissal only applies to Defendant WISTRON CORPORATION**.

It is so **ORDERED**.

SIGNED this 20th day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE